NUMBER 13-07-435-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


CHRISTUS SPOHN HEALTH SYSTEM CORPORATION 

D/B/A CHRISTUS SPOHN HOSPITAL SHORELINE, Appellant,


v.



COREY SLOUGH, INDIVIDUALLY AND AS 

REPRESENTATIVE OF THE ESTATE OF DEBRA 

SLOUGH, DECEASED, AND AS NEXT FRIEND OF 

STACEY SLOUGH, ET AL., MINORS , Appellee.

___________________________________________________________________


On appeal from County Court at Law No. 4 of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, CHRISTUS SPOHN HEALTH SYSTEM CORPORATION D/B/A
CHRISTUS SPOHN HOSPITAL SHORELINE, perfected an appeal from an order entered
by County Court at Law No. 4 of Nueces County, Texas, in cause number 05-62532-4. After the record and appellant's brief were filed, appellant filed an unopposed
motion to dismiss the appeal. In the motion, appellant states that this case has been
resolved. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant's unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 31st day of August, 2007.